JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO,<br><br>    Plaintiff,<br><br>v.<br><br>MARIE F. WICKHAM, in her individual and representative capacity as trustee of the John & Joan L. Wickham Trust; BARBARA J. STEINBERG; CLEAN KING LAUNDRY SYSTEMS INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-03100-SVW-RZ<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs

Dated: January 6, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1

Stipulation for Dismissal      Case: 2:14-CV-03100-SVW-RZ